**LEONARDO M. ALDRIDGE**
Attorney-At-Law
20 Vesey St. Suite 400
New York, NY 10007

June 12, 2025

REQUEST GRANTED as to Ramon Rodriguez and Brian Hernandez. The Status Conference previously set for June 16, 2025 is rescheduled to June 26, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from June 12, 2025 until June 26, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial for the reasons as stated in the letter.

6/12/2025  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Brian Hernandez**, 24-cr-417 (LJL)

Your Honor:

      The Court recently scheduled a hearing in this case for next Monday, June 16. However, undersigned counsel, representing co-defendant Brian Hernandez, as well as Raymond Gazer, counsel for co-defendant Ramon Rodriguez, have calendar conflicts stemming from previously scheduled court proceedings that day, including, in attorney Gazer's case, an ongoing trial.

      Undersigned counsel spoke to the AUSAs handling this prosecution, and both undersigned counsel and the government are available on June 26. I therefore respectfully request that, if the Court has availability that day, the matter be re-scheduled for June 26.

      For the reasons stated above, I respectfully request that the hearing currently scheduled for June 16 be continued until June 26. I also request, on behalf of both defendants, that, if the Court endorses this motion, time be excluded from speedy trial time calculations until June 26 as it is in the best interests of the defendants to afford their attorneys more time to prepare and continue engaging in pre-trial conversations with the AUSAs.

Respectfully submitted,

/s/

_____

Leonardo M. Aldridge