

August 13, 2025

> MEMO ENDORSEMENT.
> The Court requests that the Hudson County Correctional Center provide Mr. Brian Hernandez a laptop for approximately four hours a day to review discovery and five hours of law library time per day. The Government is ordered to provide this endorsed letter to the appropriate personnel at the Hudson County Correctional Facility.
>
> 8/14/2025  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

*Via* **ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *US v. Brian Hernandez*, **24 Cr. 417 (LJL)**

Dear Judge Liman:

    In the interests of expediency, Mr. Hernandez has asked me to write the Court to request that it Order the Hudson County Correctional Center to provide Mr. Hernandez with a laptop for approximately 4 hours per day to review discovery and also to provide him with 5 hours of law library time per day. He is asking for these things in order to have sufficient time to educate himself about the law and to prepare for trial.

    The Government, through AUSA Frank Balsamello, has conferenced with Hudson County Correctional Facility, where Mr. Hernandez is located, and confirmed that the facility's library can accommodate this request. In light of that information, it does not object to Mr. Hernandez's requests.

    Thank you for your consideration.

Sincerely,

/s/

Aaron Mysliwiec
*Standby Counsel for Mr. Hernandez*

cc: Government counsel (*via* ECF)
cc: Brian Hernandez (*via* Mail)

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com