

December 22, 2025

REQUEST DENIED.
Trial is to proceed as scheduled.

**_Via_ ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

12/23/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   ***United States v. Brian Hernandez**, 24 Cr. 417 (LJL)*

Dear Judge Liman:

I am the standby counsel of record for Mr. Hernandez who is proceeding *pro se*. Mr. Hernandez's case is currently set to begin trial on Monday, March 30, 2026.

After conferencing with Mr. Hernandez, I write the Court on his behalf to respectfully request an adjournment of the current trial schedule in *United States v. Brian Hernandez and Ramon Rodriguez*, 24-CR-417 (LJL) to early May 2026. The reason for this request is that I will be traveling on business/personal matters at the end of March. I had intended to respectfully request a two-day adjournment of the trial date. After conferencing with AUSA Brandon Harper, regarding the schedules of the AUSA's on this matter, however, I am aware that the Government prefers an adjournment to early-May instead of a two-day adjournment of the current trial date. Additionally, I conferenced with Raymond Gazer, counsel for Mr. Rodriguez, and he is available in early May and consents to such an adjournment.

Should the Court grant this request, both Defendants and the Government request the exclusion of the time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), until the new date set for this trial.

Thank you for the Court's consideration.

Sincerely,

/s/

Aaron Mysliwiec
*Standby Counsel for Mr. Hernandez*

cc: Government counsel (*via* ECF)
cc: Brian Hernandez (*via* Mail)