

March 23, 2026

MEMO ENDORSEMENT.
The Government is directed to contact the Hudson County Correctional Center to make arrangements for Mr. Hernandez to have access to a phone and that he be provided time each night after trial for a legal call with his standby counsel from 8:15PM to 9:00PM. Mr. Hernandez will be at the courthouse starting at approximately 8:00AM in order to be able to consult with standby counsel prior to the start of trial each day. The Court will address the issue of breaks on the first day of trial.

3/24/2026   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

***Via* ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Brian Hernandez*, 24 Cr. 417 (LJL)

Dear Judge Liman:

I am the standby counsel of record for Mr. Hernandez who is proceeding *pro se* in this matter. Mr. Hernandez's jury trial is scheduled to begin on March 30, 2026. At the final pretrial conference on March 13, 2026, the Court instructed the parties to provide the Court with any guidance regarding the proposed trial schedule and any names/places to be included in the *voir dire* by March 23, 2026. After consulting with Mr. Hernandez, I am providing this letter in response to that request.

Regarding the proposed trial schedule, I respectfully make the following requests to facilitate my standby representation of Mr. Hernandez. First, I would request that Mr. Hernandez is produced to the U.S. Marshals for the Southern District of New York by 8:00 A.M. each morning, so that standby counsel can have ample time to meet with him before the start of each trial day. For that same reason, I would also request that Court begin at 9:15 A.M. each day, instead of 9:00 A.M.

I also respectfully request that Mr. Hernandez be allowed two twenty-minute breaks throughout the duration of the trial day (instead of the two proposed ten-minute periods), as well as ten-minute breaks between the direct and cross examinations of each witness. On any given day, these additional breaks may not be needed, in which case I would inform the Court as soon as possible. On other days, based on the particular witnesses for that day, I might ask for an additional few minutes of time to consult with Mr. Hernandez.

In addition, I respectfully request that Mr. Hernandez be permitted to have additional phone time after he gets back to the Hudson County Correctional Center each day. My understanding, based on conversations with Mr. Hernandez, is that he typically arrives back at the facility by 7:00 P.M. and is locked in for the night at 9:00 P.M. Therefore, I would respectfully request that he be given a legal call from 8:15 P.M. to 9:00 P.M. to standby counsel each night to address any trial preparation needs for the following day.

Finally, I also submit the following names to be included as reference during *voir dire*:

1. Yeltsin Beltran
2. Davion Trusty
3. Alexander Ferosbe

1

    4.  Jowenky Nunez
    5.  Jowenky Nunez Sr.
    6.  Hugo Rodriguez
    7.  Jerrin Pena
    8.  Ramon Rodriguez

Our defense team will continue to visit and conference with Mr. Hernandez throughout the upcoming week. We will promptly raise any additional requests/concerns with the Court if necessary.

Thank you for the Court's consideration.

Sincerely,

/s/

Aaron Mysliwiec
*Standby Counsel for Mr. Hernandez*

cc: All counsel (*via* ECF)
cc: Brian Hernandez (*via* hand-delivery)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com