UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                      :

UNITED STATES OF AMERICA,            :

              Plaintiff,        :       24-CR-417-4 (LJL)

                      :

      -v-                 :          ORDER

                      :

BRIAN HERNANDEZ,             :

                      :

          Defendant.     :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Government is directed to produce Mr. Hernandez to the courthouse by 8am every weekday starting from March 30, 2026, until further notice from the Court, for purposes of trial.

    SO ORDERED.

Dated: March 27, 2026
      New York, New York                LEWIS J. LIMAN
                             United States District Judge