UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
United States                                                       :
                                                                    :
                                                                    :
                                                                    :
                                                                    :          24-cr-417 (LJL)
        -v-                                                         :
                                                                    :          ORDER
Brian Hernandez,                                                    :
                                                                    :
                Defendant.                                          :
                                                                    :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/30/2026

LEWIS J. LIMAN, United States District Judge:

        The Clerk of Court is respectfully requested to sign and issue the writs of habeas corpus ad testificandum included as exhibits A through E to the Defense motion at Dkt. No. 112.

        SO ORDERED.

Dated: March 30, 2026
        New York, New York
                                                    _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge