UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA,          :

                            Plaintiff,        :          24-CR-417-4 (LJL)

                                          :

        -v-                      :          <u>ORDER</u>

                                          :

BRIAN HERNANDEZ,             :

                                          :

                      Defendant.     :

                                          :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As clarification to the sentencing submission deadlines set on the record at the conclusion of trial, the Defendant's sentencing submission will be due two weeks before sentencing and the Government's sentencing submission will be due one week before sentencing. The sentencing hearing has been set for July 28, 2026 at 11:00AM in Courtroom 15C.


      SO ORDERED.

Dated: April 10, 2026
      New York, New York                         LEWIS J. LIMAN
                                      United States District Judge